**Adventures in Zambezia - Cinema Management Group (SHA1: 8B35F4404ABEF530B8F8F79A30E3A1A6C8DB7A36) - Northern District of Illinois**

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNumb | ISP | city | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 64.120.19.194 | 2D5554333 | µTorrent 3.2. | 10/2/12 06:20:45 PM | S0054-0000 | Nobis Techno | Chicago | Cook |
| 2 | 98.193.23.153 | 2D5554323 | µTorrent 2.2. | 10/2/12 03:56:13 PM | S0054-0000 | Comcast Cab | Chicago | Cook |
| 3 | 24.1.212.61 | 2D5452323 | Transmission | 10/2/12 10:31:52 AM | S0054-0000 | Comcast Cab | Glenwood | Cook |
| 4 | 99.135.173.112 | 2D5554333 | µTorrent 3.2. | 10/3/12 01:14:57 AM | S0054-0000 | AT&T Interne | Bolingbrook | Will |
| 5 | 24.13.85.76 | 2D5554323 | µTorrent 2.2. | 10/4/12 01:02:54 PM | S0054-0000 | Comcast Cab | Evanston | Cook |
| 6 | 24.13.194.106 | 2D5554333 | µTorrent 3.2. | 10/6/12 03:56:28 AM | S0054-0000 | Comcast Cab | Vernon Hills | Lake |
| 7 | 24.13.41.46 | 2D415A3435 | Vuze 4.5.0.4 | 10/7/12 10:32:37 PM | S0054-0000 | Comcast Cab | Mount Prospect | Cook |
| 8 | 67.186.125.105 | 2D5452323 | Transmission | 10/9/12 01:14:11 PM | S0054-0000 | Comcast Cab | Aurora | DuPage |
| 9 | 76.16.208.241 | 2D5554333 | µTorrent 3.2. | 10/9/12 03:38:49 AM | S0054-0000 | Comcast Cab | Chicago | Cook |
| 10 | 67.184.99.88 | 4D372D372D | BitTorrent 7.7 | 10/9/12 06:30:08 PM | S0054-0000 | Comcast Cab | Roselle | DuPage |
| 11 | 67.173.20.240 | 2D5554333 | µTorrent 3.2. | 10/13/12 11:25:31 PM | S0054-0000 | Comcast Cab | Libertyville | Lake |
| 12 | 75.57.179.110 | 2D5554333 | µTorrent 3.2. | 10/13/12 05:17:18 AM | S0054-0000 | AT&T Interne | Naperville | DuPage |
| 13 | 75.57.188.50 | 2D5554333 | µTorrent 3.2. | 10/13/12 02:01:39 AM | S0054-0000 | AT&T Interne | Aurora | DuPage |
| 14 | 98.206.112.14 | 4D372D322D | BitTorrent 7.2 | 10/14/12 05:30:03 PM | S0054-0000 | Comcast Cab | Harvey | Cook |
| 15 | 64.53.204.189 | 2D415A3437 | Vuze 4.7.1.2 | 10/15/12 10:29:01 AM | S0054-0000 | WideOpenWe | Oak Forest | Cook |
| 16 | 75.22.17.84 | 4D372D372D | BitTorrent 7.7 | 10/17/12 09:40:12 AM | S0054-0000 | AT&T Interne | Chicago | Cook |
| 17 | 75.22.16.74 | 4D372D372D | BitTorrent 7.7 | 10/17/12 12:48:58 PM | S0054-0000 | AT&T Interne | Chicago | Cook |
| 18 | 68.255.106.225 | 4D372D372D | BitTorrent 7.7 | 10/17/12 12:12:43 AM | S0054-0000 | AT&T Interne | Chicago | Cook |
| 19 | 98.206.155.3 | 2D5554333 | µTorrent 3.2. | 10/18/12 11:42:23 AM | S0054-0000 | Comcast Cab | Crystal Lake | McHenry |
| 20 | 98.223.129.169 | 2D5554333 | µTorrent 3.2. | 10/19/12 01:19:41 PM | S0054-0000 | Comcast Cab | Chicago | Cook |
| 21 | 208.54.64.161 | 2D5554333 | µTorrent 3.2. | 10/19/12 01:45:05 AM | S0054-0000 | T-Mobile USA | Chicago | Cook |
| 22 | 76.197.225.15 | 4D372D372D | BitTorrent 7.7 | 10/19/12 03:01:46 PM | S0054-0000 | AT&T Interne | Chicago | Cook |
| 23 | 208.54.64.130 | 2D5554333 | µTorrent 3.2. | 10/23/12 11:39:29 PM | S0054-0000 | T-Mobile USA | Chicago | Cook |
| 24 | 98.212.6.162 | 2D5554331 | µTorrent 3.1. | 10/27/12 06:40:23 PM | S0054-0000 | Comcast Cab | Chicago | Cook |
| 25 | 76.193.168.186 | 4D372D372D | BitTorrent 7.7 | 10/29/12 03:15:50 PM | S0054-0000 | AT&T Interne | Chicago | Cook |
| 26 | 107.206.57.54 | 2D5554333 | µTorrent 3.2. | 11/3/12 02:14:55 PM | S0054-0000 | AT&T U-verse | Chicago | Cook |
| 27 | 108.100.114.51 | 2D4243303 | BitComet 1.3 | 11/7/12 06:30:19 PM | S0054-0000 | Sprint PCS | Lisle | DuPage |
| 28 | 71.194.62.205 | 2D4243303 | BitComet 1.3 | 11/7/12 06:08:47 AM | S0054-0000 | Comcast Cab | Elgin | Kane |
| 29 | 71.194.62.232 | 2D415A3438 | Vuze 4.8.0.0 | 11/12/12 06:49:57 AM | S0054-0000 | Comcast Cab | Elgin | Kane |
| 30 | 98.228.177.15 | 2D5554333 | µTorrent 3.2. | 11/13/12 03:58:51 AM | S0054-0000 | Comcast Cab | Dekalb | DeKalb |
| 31 | 67.159.8.93 | 2D6C74304 | libTorrent (Ra | 11/17/12 11:59:25 PM | S0054-0000 | FDCservers.n | Chicago | Cook |
| 32 | 67.163.13.107 | 2D5554333 | µTorrent 3.2. | 11/19/12 10:13:58 AM | S0054-0000 | Comcast Cab | Barrington | Lake |
| 33 | 67.176.183.236 | 2D554D3136 | µTorrent Mac | 11/25/12 11:41:48 AM | S0054-0000 | Comcast Cab | Chicago | Cook |
| 34 | 75.146.120.10 | 2D415A3435 | Vuze 4.5.0.4 | 11/26/12 04:46:06 PM | S0054-0000 | Comcast Busi | Mundelein | Lake |

| # | IP | Hash | Client | Date/Time | File | ISP | City | County |
|---|---|---|---|---|---|---|---|---|
| 35 | 76.29.75.3 | 2D415A3435 | Vuze 4.5.0.4 | 11/26/12 02:55:41 AM | S0054-00000 | Comcast Cabl | Cicero | Cook |
| 36 | 76.16.237.138 | 2D55543332 | µTorrent 3.2. | 12/1/12 09:52:28 PM | S0054-00000 | Comcast Cabl | Berwyn | Cook |
| 37 | 99.120.60.124 | 2D55543332 | µTorrent 3.2. | 12/1/12 03:59:03 AM | S0054-00000 | AT&T Interne | Wheaton | DuPage |
| 38 | 98.213.27.133 | 2D55543332 | µTorrent 3.2. | 12/2/12 11:17:00 PM | S0054-00000 | Comcast Cabl | Peru | La Salle |
| 39 | 108.76.103.50 | 2D55543332 | µTorrent 3.2. | 12/3/12 02:37:23 PM | S0054-00000 | AT&T U-verse | Chicago | Cook |
| 40 | 208.54.80.183 | 2D55543332 | µTorrent 3.2. | 12/3/12 02:45:53 AM | S0054-00000 | T-Mobile USA | Chicago | Cook |
| 41 | 108.76.103.50 | 2D55543332 | µTorrent 3.2. | 12/4/12 10:03:55 PM | S0054-00000 | AT&T U-verse | Chicago | Cook |
| 42 | 50.77.170.89 | 4D372D372D | BitTorrent 7.7 | 12/4/12 08:43:11 PM | S0054-00000 | Comcast Busi | Grayslake | Lake |
| 43 | 99.54.184.125 | 2D55543331 | µTorrent 3.1. | 12/4/12 12:01:38 PM | S0054-00000 | AT&T U-verse | Aurora | DuPage |
| 44 | 108.203.70.196 | 2D415A3438 | Vuze 4.8.0.0 | 12/5/12 01:22:25 AM | S0054-00000 | AT&T U-verse | Cicero | Cook |
| 45 | 67.165.166.55 | 2D55543332 | µTorrent 3.2. | 12/11/12 08:38:20 AM | S0054-00000 | Comcast Cabl | Des Plaines | Cook |
| 46 | 71.57.45.237 | 2D55543332 | µTorrent 3.2. | 12/13/12 04:04:16 AM | S0054-00000 | Comcast Cabl | Elmwood Park | Cook |
| 47 | 75.60.19.139 | 2D55543332 | µTorrent 3.2. | 12/18/12 09:35:50 PM | S0054-00000 | AT&T Interne | Schaumburg | Cook |
| 48 | 99.140.192.108 | 2D5452323 | Transmission | 12/21/12 05:37:09 PM | S0054-00000 | AT&T Interne | Chicago | Cook |
| 49 | 184.78.108.25 | 2D5452323 | Transmission | 12/23/12 09:21:31 PM | S0054-00000 | Clearwire Cor | Chicago | Cook |
| 50 | 108.89.149.236 | 2D55543332 | µTorrent 3.2. | 12/24/12 01:26:05 PM | S0054-00000 | AT&T U-verse | Elgin | Kane |
| 51 | 98.212.6.162 | 2D55543332 | µTorrent 3.2. | 12/25/12 09:02:57 PM | S0054-00000 | Comcast Cabl | Chicago | Cook |
| 52 | 98.228.177.15 | 2D55543332 | µTorrent 3.2. | 12/26/12 03:54:36 PM | S0054-00000 | Comcast Cabl | Dekalb | DeKalb |
| 53 | 98.226.21.109 | 4D372D372D | BitTorrent 7.7 | 12/26/12 02:29:30 AM | S0054-00000 | Comcast Cabl | Tinley Park | Cook |
| 54 | 50.31.30.108 | 2D55543332 | µTorrent 3.2. | 12/26/12 10:09:19 PM | S0054-00000 | Steadfast Net | Chicago | Cook |
| 55 | 50.31.30.26 | 2D55543332 | µTorrent 3.2. | 12/27/12 09:47:59 AM | S0054-00000 | Steadfast Net | Chicago | Cook |
| 56 | 98.226.33.114 | 2D55543332 | µTorrent 3.2. | 12/31/12 04:19:34 PM | S0054-00000 | Comcast Cabl | Streamwood | Cook |