# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Zambezia Film Pty Ltd.

                    Plaintiff,

v.                                              Case No.: 1:13–cv–01724

                                                              Honorable John W. Darrah

Does 1–56, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2013:

      MINUTE entry before Honorable John W. Darrah: Defendant Doe 45's motion to vacate, quash and sever [12] is entered and briefed as follows: response by 7/19/13, reply by 8/2/13. Status hearing set for 8/21/13 is re−set to 10/3/13 at 9:30 a.m. No appearance is needed on 7/2/13. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.