# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Zambezia Film Pty Ltd. | ) | Case No: 13 C 1724 |
| v. | ) | Judge: John W. Darrah |
| Does 1 - 56 | ) | |

## ORDER

The briefing schedule re: Defendant Doe 45's motion to vacate, quash and sever [12] is amended as follows: response by 7/23/13, reply by 8/6/13. Status hearing set for 10/3/13 is re-set to 10/10/13 at 9:30 a.m. Enter order.

Date: 7/21/2013               /s/ Judge John W. Darrah

CLERK
U.S. DISTRICT COURT
2013 AUG 11 PM 6:54