IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Zambezia Film (Pty) Ltd., | ) | |
| A South African Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 cv 1724 |
| | ) | |
| DOES 1-56 | ), | |
| Defendants. | ) | |

**MOTION TO FILE AMENDED COMPLAINT OR TO SERVE
ANONYMOUS SUMMONS**

Plaintiff, Zambezia Film (Pty) Ltd., by and through its attorney Matthew Lee

Stone of the law firm Schneider & Stone, LLP, respectfully moves this Court for leave

to file an Amended Complaint and states as follows:

1.      The Complaint in this matter was originally filed against John Doe

defendants.

2.      As has been explained in the Complaint and previous motions,

Plaintiff needed to file its complaint this way so that it could determine the proper

identity of the defendants via the issuance of subpoenas to ISPs.

3.      Plaintiff has now determined the identity of the following John Doe

defendants which it wishes to issues Summonses to:  15, 30, 32, 33, 36, 38, 46, 51-

53, 56.

4.      There is a settlement pending with John Doe 34, so no service is

necessary at this time.

5.      There is a pending Motion to Quash from John Doe 45.

6.      Therefore, Plaintiff requests leave to file an amended complaint

naming the above listed John Doe defendants so that the court can issue Summons

and Plaintiff can seek service.  If the Court denies John Doe #45's motion, then

Plaintiff requests leave to name John Doe #45 as well.

      7.      Alternatively, if the Court wishes to keep the identity of the John Doe

defendants confidential, then no Amended Complaint is necessary at this time.

      8.      However, the clerk's office of the Northern District will not issue a

Summons to a John Doe defendant absent an order to that effect issued by this

Court.

      9.      As such, if the Court wishes to keep the identity of the John Doe

defendants confidential, Plaintiff requests the Court issue an Order specifically

requiring that the John Doe defendants Summons be issued in the names of "John

Does."

WHEREFORE, Plaintiff asks this Court to enter an Order:

    A) Granting its Motion to File an Amended Complaint, or alternatively,

    B) Specifically ordering that Summons be issued to John Doe Defendants,

       and

    C) Granting all other relief the Court deems proper.

Respectfully submitted,

/s/ Matthew Lee Stone /s/
One of Attorneys for Plaintiff

Matthew Lee Stone
SCHNEIDER & STONE
8424 Skokie Blvd
Suite 200
Skokie, Illinois 60077

ARDC # 6297720
Office: (847) 933 – 9531
Fax: (847) 676-2676