IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Zambezia Film (Pty) Ltd., | ) | |
|    A South African Corporation | ) | |
|      Plaintiff, | ) | |
| | ) | |
|        v. | ) | Case No. 13 cv 1724 |
| | ) | |
| DOES 1-56 | ), | |
|      Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, October 10, 2013 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall present the attached Motion to Amend Complaint or to Serve Anonymous Summons before the honorable John W. Darrah in Courtroom 1203 in the United States District Courthouse at 219 South Dearborn St., Chicago IL.

                    Respectfully submitted,

                    /s/ Matthew Lee Stone /s/
                    One of Attorneys for Plaintiff

Matthew Lee Stone
**SCHNEIDER & STONE**
8424 Skokie Blvd
Suite 200
Skokie, Illinois 60077
ARDC # 6297720
Office: (847) 933 – 9531
Fax: (847) 676-2676