## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Zambezia Film Pty Ltd. | ) | Case No: 13 C 1724 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
| Does 1-56 | ) |  |

### **ORDER**

Status hearing and ruling on motion hearing held. Plaintiff's motion to file an amended complaint or to serve anonymous summons is granted [19]. The clerk shall issue anonymous summons to the John Doe defendants. Status hearing set for 12/10/13 at 9:30 a.m.

(T:)00:05

Date: 10/10/13                                                                                       /s/ Judge John W. Darrah