IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION

Zambezia Film (Pty) Ltd., )
   A South African Corporation )
 )
   Plaintiff, )
 )
       v. ) Case No. 13 cv 1724
 )
DOES 15, 30, 32, 33, 36, 38, 45, 46, )
       51, 53, and 56 )
   Defendants. )

**REASSIGNMENT STATUS REPORT**

Plaintiff, Zambezia Film (Pty) Ltd., by and through its attorney Matthew Lee Stone of the law firm Schneider & Stone, LLP, for its Reassignment Status Report, states as follows:

1. **Nature of the Case**

    A. The Attorney of Record for Plaintiff, Zambezia Film, is Matthew Lee Stone of Schneider & Stone, LLP.

    B. Summons were issued against all "Identified Defendants" on October 17, 2013 (see "Discovery" for Section for description of "Identified Defendants." Summons were promptly delivered to Plaintiff's special process server for service together with documents from several other filed cases. It has come to Plaintiff's attention that information on the Summons for this matter was not reported accurately by the Special Process Server and that service was not attempted on some or all Identified Defendants.

Summonses for Identified Defendants were resubmitted to Plaintiff's Special Process Server and the Process Server has informed Plaintiff that service will be attempted on all Identified Defendants within the next 7 days. Plaintiff shall file a Motion for Extention of Time to Serve Defendants pursuant to Rule 4(m) for presentment at the December 13, 2013 status date.

Subpoenas have been issued anonymously to protect the privacy of the Defendants per Court Order. However, Plaintiff is in possession of the names and addresses of all Identified Defendants. Those "John Doe" defendants who were not successfully identified have been voluntarily dismissed without prejudice.

C. This is a Complaint for Copyright Infringement and Contributory Copyright Infringement, both of which are governed by federal statute and federal question jurisdiction.

D. This is a Bit Torrent Copyright Infringement matter. Plaintiff produced an award winning film titled "Adventures In Zambezia" which has achieved commercial success abroad and which Plaintiff hopes to release in the United States. It is a children's animated film in the style of Disney/Pixar productions. As is described in detail in the Complaint, the Defendants in this matter have been identified as making pirated versions of Plaintiff's Motion Picture available for download via the file sharing software Bit Torrent. Plaintiff seeks a judgment for Direct Copyright Infringement as well as Contributory Copyright Infringement.

2. **Discovery and Other Proceedings to Date**

   A. Plaintiff filed a Motion for Expedited Discovery prior to Rule 26 Conference for the purpose of issuing subpoenas to the Internet Service Providers associated with IP addresses identified as sharing Plaintiff's Motion Picture on Bit Torrent. Once that motion was granted, Plaintiff issued Subpoenas and sent them to the associated ISPs. The results of those subpoenas yielded sufficient information to complete service of process on certain "Identified Defendants." Plaintiff dismissed those defendants which could not be identified and issued Summonses against the remaining Identified Defendants.

   At this time, no Defendants have appeared. If any Defendant appears and does not admit the allegations in the Complaint, Plaintiff will seek additional discovery to prove those allegations – for example, seeking data related to Defendant's internet hardware and computers.

   B. There are no Motions currently pending. Plaintiff will file a Motion for Extension of Time to serve defendants under Rule 4(m) as a result of the incorrect reports from the special process server. That Motion will be presented on December 13, 2013.

   C. As discussed above. The Court has granted Plaintiff leave to take discovery by subpoenaing Defendant's ISPs. The Court has also ordered that subpoenas be issued anonymously – a minute order which needed to be explicit for the Clerk's office to issue the requested documents.

3. **Trial**

    A. The Plaintiff included a Jury Demand in its Complaint.

    B. No trial date has been set. If any Defendant appears, Plaintiff anticipates it will take 6-12 months to reach trial depending on motion practice and discovery strategy taken by Defendant.

    C. No final pretrial order has been filed.

    D. At this time there is not sufficient information to estimate the length of a trial. Plaintiff would estimate that a trial against a single defendant with no affirmative defenses would take 1-2 days, involve Plaintiff calling 1-2 expert witnesses and 1-2 fact witnesses.

4. **Referrals and Settlement**

    A. No referrals have been made to any Magistrate Judge.

    B. No Settlement discussions have occurred at this time.

    C. A settlement conference would likely not be productive until Defendants have been served and have decided whether to seek counsel.

D. Plaintiff's client does not wish to proceed before a Magistrate Judge at this time, but will consider its options once any Defendants have filed their appearances.

Respectfully submitted,

/s/ Matthew Lee Stone /s/
One of Attorneys for Plaintiff

Matthew Lee Stone
**SCHNEIDER & STONE**
8424 Skokie Blvd
Suite 200
Skokie, Illinois 60077
ARDC # 6297720
Office: (847) 933 – 9531
Fax: (847) 676-2676