# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Zambezia Film Pty Ltd.
                          Plaintiff,

v.                                             Case No.: 1:13–cv–01724
                                               Honorable Andrea R. Wood

Does 1–56, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2013:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 2/18/2014 at 9:00 a.m. Pursuant to the discussion held in open court, Plaintiff shall effect service of a summons and complaint on the remaining unserved Defendants by 2/13/2014. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.