IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ZAMBEZIA FILM (PTY) LTD., )<br>   A South African Corporation )<br>)<br>*Plaintiff*, )<br>v. )<br>JOHN DOES 39, 41, 46, 49, 54, 59, et al. )<br>*Defendants* ) | Case No. 13-cv-1724 |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Wednesday, March 12, 2014 at 9:00 AM, or as soon thereafter as counsel may be heard, I shall present the attached Motion for Default before the honorable Andrea R. Wood in Courtroom 1725 in the United States District Courthouse at 219 South Dearborn St., Chicago IL.

                                          Respectfully submitted,

                                          /s/ Matthew Lee Stone /s/
                                          One of Attorneys for Plaintiff

Matthew Lee Stone
**SCHNEIDER & STONE**
8424 Skokie Blvd
Suite 200
Skokie, Illinois 60077
ARDC # 6297720
Office: (847) 933 – 9531
Fax: (847) 676-2676