# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Zambezia Film Pty Ltd.

                Plaintiff,

v.                                             Case No.: 1:13–cv–01724
                                                  Honorable Andrea R. Wood

Does 1–56, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 3/12/2014 at 9:00 a.m. Motion hearing held on Plaintiff's motion to dismiss John Doe 30/52 [32]. The motion is granted. The dismissal is without prejudice until 8/31/2014, at which time it will convert to a dismissal with prejudice if Plaintiff has not moved to reinstate by that date. Plaintiff's motion for default judgment as to John Doe 32, 36 and 53 [34] is entered. Plaintiff shall file any supporting evidence in support of the motion, such as an affidavit regarding attorneys fees, by 3/7/2014. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.